IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,         )
                                  )
                    Plaintiffs,   )
                                  )          4:02CR3194
             vs.                  )
                                  )
JOHN P. FREES,                    )              Order
                                  )
                    Defendants.   )
                                  )

Before the Court is the request for transcript of hearing held on March 31, 2003, [14] and the sentencing hearing held on August 8, 2003, [29].

IT IS ORDERED:

1.      The request for transcripts, filing [76] are granted.

2.      Mrs. Frees, is ordered to pay to the Clerk the amount of $14.55 for the request to continue plea hearing (expedited rate within 7 calendar days) and $7.50 for the sentencing hearing for a total of $22.05.  Should the cost of the transcripts exceed this amount, the requestor will be required to pay the difference.  Likewise, should the cost of the transcript be less than $22.05, a refund check will be issued.

3.      Upon receipt of this fee, the clerk is ordered to prepare a transcript of the hearing held on 3/31/03.   A paper copy of this transcript  and the transcript of the sentencing hearing shall be mailed to John Frees, 17724-047, P.O. Box 1010, Bastrop, TX 78602.

Dated:  June 9, 2009

                              BY THE COURT:


                              s/ *Richard G. Kopf*
                              United States District Judge